**STATE of Missouri, Respondent,**

v.

**Lloyd GRASS, Appellant.**

**No. ED 75616.**

Missouri Court of Appeals,
Eastern District,
Division Five.

March 21, 2000.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before MARY RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and ROBERT CRIST, Sr.J.

### *ORDER*

PER CURIAM.

Lloyd E. Grass ("Defendant") appeals the judgment entered pursuant to his conviction of one count of escape from commitment in violation of section 575.195 RSMo 1994. We have reviewed the briefs of the parties and the record on appeal and find no error of law. We have, however, provided the parties with a brief memorandum opinion, for their use only, explaining the reason for our decision. The judgment is affirmed pursuant to Rule 30.25(b).